356 A.2d 362
Petition of Albert B. COUF et al., to contest election of
Councilman-at-large of City of Philadelphia.

**Appeal of Albert B. COUF et al.**

Supreme Court of Pennsylvania.

Argued March 29, 1976.

Decided May 12, 1976.

William F. Coyle, Philadelphia, for appellants.

Larrick B. Stapleton, Philadelphia, for appellee, Philadelphia Democratic County Executive Committee.

Richard A. Gallagher, Philadelphia, for appellee, Philadelphia City Commissioners.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Appeal quashed.